UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUSHRA MOHAMED ABDULKA AL SOFI &
ESAM DELI CORP.,

                    Plaintiffs,

        - against -

U.S.A. & United States Department of
Agriculture, Food and Nutrition
Service,

                    Defendants.

---

25-cv-7661 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was November 19, 2025. To date, no answer has been filed.

The time for the defendants to answer or respond to the complaint is extended to **December 12, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on the defendants and file proof of service on the docket by **December 3, 2025.**

SO ORDERED.

Dated:    New York, New York
          November 26, 2025

                                        John G. Koeltl
                                United States District Judge